# Court of Appeals
# of the State of Georgia

ATLANTA, July 14, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0209. RASHEED RITTER v. CHE, ALEXANDER, CLERK.

Rasheed Ritter has filed an emergency motion entitled "Notice of Compliance and Re-Filing of Rule 40(b) Motion." He seeks an order from this Court compelling the lower court clerk to docket his notice of appeal and transmit the appellate record to this Court, the same emergency relief we previously denied in Case No. A26A0208. Upon consideration, Ritter's motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/14/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*